TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00137-CV

Mark T. Sawyer and Landmark Communications International, Inc., Appellants

v.

Paul T. Morin, P.C., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 97-13234-A, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

PER CURIAM

 This cause was abated on July 13, 1999 due to bankruptcy. The parties in this
cause have filed a joint agreed motion to dismiss the appeal based on their settlement agreement. 
We reinstate the cause, grant the parties' motion and dismiss the appeal. See Tex. R. App. P.
42.1(a)(1).

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Dismissed on Joint Motion

Filed: June 29, 2000

Do Not Publish